■ HIGHWAY TAVERN CORPORATION, Appellant, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. — Judgment of the Supreme Court, Suffolk County (Cohalan, J.), dated December 21, 1983, affirmed, without costs or disbursements (see *Matter of Highway Tavern Corp. v McLaughlin,* 105 AD2d 122). Mollen, P. J., Weinstein, Rubin and Eiber, JJ., concur.